FILED

01/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0585

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0585

DONNIE LEE STANDLEY,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

JAN 1 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Donnie Lee Standley moves this Court for both an extension of time of 180 days and appointment of counsel. As grounds, Standley explains that many of his legal documents were destroyed or are since missing with his move from CoreCivic in Shelby to Montana State Prison in Deer Lodge, and that as an indigent inmate, he is not financially able to cover the costs for other copies of his documents for this appeal. Standley also refences a pending federal case concerning a 42 U.S.C. § 1983 complaint.

Standley appeals a November 24, 2020 Sweet Grass County District Court's denial of his petition for postconviction relief. We have twice before denied his motion for appointment of counsel in this appeal because he is not entitled to such an appointment. *See Standley v. State*, No. DA 20-0585, Order (Mont. Apr. 2, 2021) and *Standley v. State*, No. DA 20-0585, Order (Mont. Jul. 9, 2021). He has not shown extraordinary circumstances, pursuant to § 46-8-104(1)(e), MCA. Last year, we granted Standley two, generous extensions of time with his motions—ninety days and another 180 days. Therefore, based on the foregoing,

IT IS ORDERED that:

1. Standley's Motion for Appointment of Counsel is DENIED;

2. Standley's Motion for an Extension of Time is GRANTED and Standley shall prepare, file, and serve his opening brief on or before Monday, April 18, 2022;

and

3. The Clerk of the Supreme Court is directed to provide copies of the following documents to Standley along with this Order:

    a. The Sweetgrass County District Court's register of actions for Cause No. DV-2020-017;

    b. Documents #3,4,5 – Standley's Petition, Affidavit, and Memorandum;

    c. Document #10 – the State's Response;

    d. Document #19 – Standley's Reply brief; and

    e. Document #20 – the court's November 24, 2020 Order.

The Clerk is also directed to provide a copy of this Order to counsel of record and Donnie Lee Standley personally.

DATED this ___ day of January, 2022.

For the Court,

By _____

Chief Justice

2